UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JANICE L. HARRIS,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )        No.:   1:18-CV-7-TAV-SKL
                                     )
COMMISSIONER OF SOCIAL               )
SECURITY ADMINISTRATION,             )
                                     )
            Defendant.               )

## ORDER

This civil matter is before the Court on the Report and Recommendation (the
"R&R") entered by United States Magistrate Judge Susan K. Lee on December 7, 2018
[Doc. 21].  In the R&R, the magistrate judge recommends that the Court deny plaintiff's
Motion for Summary Judgment [Doc. 15] and grant the Commissioner's Motion for
Summary Judgment [Doc. 19].  There have been no timely objections filed to the R&R,
and enough time has passed since the filing of the R&R to treat any objections as having
been waived.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The Court has carefully reviewed this matter, including the underlying motions, and
the complaint, and the Court is in agreement with the magistrate judge's recommendations,
which the Court adopts and incorporates into its ruling.  Accordingly, the Court **ACCEPTS
IN WHOLE** the R&R [Doc. 21].  Plaintiff's Motion for Summary Judgment [Doc. 15] is
hereby **DENIED**, the Commissioner's Motion for Summary Judgment [Doc. 19] is

**GRANTED**, and the decision of the Commissioner is **AFFIRMED**.  This case is

**DISMISSED** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE